IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00003-NONE-KLM

VASSIL KRAPF,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Assign Judge for Purpose of Overseeing Post-Judgment Discovery** [Docket No. 3; Filed March 8, 2013] (the "Motion to Assign") and on Plaintiff's **Motion for Judgment Debtor Examination of Defendant** [Docket No. 5; Filed March 12, 2013] (the "Motion for Examination").

    IT IS HEREBY **ORDERED** that the Motion to Assign [#3] is **DENIED as moot**, as the undersigned has already been assigned to this case.

    IT IS FURTHER **ORDERED** that the Motion for Examination [#5] is **GRANTED**. A two-hour hearing is set for **May 23, 2013 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **Representatives for Plaintiff and Defendant shall appear in person**.

    IT IS FURTHER **ORDERED** that Plaintiff shall insure Defendant's attendance through service of a subpoena pursuant to Fed. R. Civ. P. 45, and shall file the return of service on the subpoena with the Court promptly after service.

    IT IS FURTHER **ORDERED** that the Clerk shall mail a copy of this Minute Order to Defendant at the addresses provided by Plaintiff in the certificate of service. *Motion* [#5] at 4.

    Dated: March 18, 2013